**No. 10-5658. Robert D. Paige, Petitioner v. United States.**

562 U.S. 933, 131 S. Ct. 333, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7324.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 604 F.3d 1268.

**No. 10-5662. Vernell A. Brown, Petitioner v. United States.**

562 U.S. 933, 131 S. Ct. 333, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7479.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 383 Fed. Appx. 543.

**No. 10-5663. Ronald L. Adams, Petitioner v. P. L. Vazquez, et al.**

562 U.S. 934, 131 S. Ct. 334, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7118.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 623.

**No. 10-5667. Rajul Ruhbayan, Petitioner v. United States.**

562 U.S. 934, 131 S. Ct. 334, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7322,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 369 Fed. Appx. 497.

**No. 10-5669. Mario Salazar, Petitioner v. Florida.**

562 U.S. 934, 131 S. Ct. 334, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7257.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 36 So. 3d 100.

**No. 10-5670. Marcus Dewayne Grant, Petitioner v. United States.**

562 U.S. 934, 131 S. Ct. 334, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7351.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 376 Fed. Appx. 878.

**No. 10-5673. Russell James Hodge, Petitioner v. United States.**

562 U.S. 934, 131 S. Ct. 334, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7549.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 602 F.3d 935.